AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hollowell, Eileen W. | U.S. Bankruptcy Court - Arizona | 04/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | National Conference of Bankruptcy Judges |
| 2. | Member | American Bankruptcy Institute |
| 3. | Member | Pima County Bar Association |
| 4. | Member | State Bar of Arizona |
| 5. | Advocate Member | Ninth Judicial Circuit Historical Society |
| 6. | Member | Arizon Bankruptcy American Inn of Court |
| 7. | | |
| 8. | | |
| 9. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Arizona | June 21, 2013 | Phoenix, Arizona | Speaker | lodging and food |
| 2. | American Bankruptcy Institute | August 22-24, 2013 | Lake Tahoe, Nevada | Speaker | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges | October 29 - November 1, 2013 | Atlanta, Georgia | Speaker | transportation, lodging and food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T Rowe Price - Equity Index 500 Mutual Fund | | | | | Closed | | | | See Note 1 in Part VIII |
| 2. T Rowe Price - New Horizons Mutual Fund | A | Dividend | J | T | | | | | |
| 3. T Rowe Price - Science & Technology Mutual Fund | | None | J | T | | | | | |
| 4. T Rowe Price Spectrum Income #1 | A | Dividend | K | T | Redeemed (part) | 12/21/13 | J | A | |
| 5. T Rowe Price Spectrum Income #2 | B | Dividend | K | T | | | | | |
| 6. T Rowe Price - Prime Reserve Mutual Fund | A | Dividend | K | T | | | | | |
| 7. T Rowe Price - Blue Chip Growth (Rollover IRA) | | None | K | T | Buy (add'l) | 04/23/13 | J | | See Note 2 in Part VIII |
| 8. T Rowe Price - Mid Cap Growth Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. T Rowe Price - Mid Cap Value (Rollover IRA) | A | Dividend | K | T | Buy (add'l) | 04/23/13 | K | | See Note 3 in Part VIII |
| 10. T Rowe Price - New Horizons (Rollover) | B | Dividend | K | T | Buy (add'l) | 04/23/13 | J | | See Note 4 in Part VIII |
| 11. T Rowe Price - Spectrum Income (Rollover) | C | Dividend | L | T | Buy (add'l) | 04/23/13 | J | | See Note 5 in Part VIII |
| 12. USAA International Fund (SEP/IRA) | B | Dividend | K | T | | | | | |
| 13. USAA Income Fund (SEP/IRA) | A | Dividend | K | T | | | | | |
| 14. USAA Money Market Fund #2 | A | Dividend | J | T | | | | | |
| 15. American Funds (IRA) SEE BELOW # 16 & 17 | | | | | | | | | |
| 16. -- Washington Mutual Investors | A | Dividend | J | T | | | | | See Note 6 in Part VIII |
| 17. -- The Income Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Trust Co. fka Amer Express (IRA) SEE BELOW #19 & 20 | | | | | | | | | |
| 19. -- RVS Disciplined Equity | | | | | | | | | See Note 7 in Part VIII |
| 20. -- Global Growth | | | | | | | | | See Note 7 in Part VIII |
| 21. Bank of America Money Market | A | Interest | K | T | | | | | |
| 22. Janus Fund (IRA) | A | Dividend | J | T | | | | | |
| 23. TIAA Traditional Annuity | A | Interest | L | T | | | | | |
| 24. Wells Fargo Checking Account | | None | J | T | | | | | |
| 25. FNBO Direct Savings Account | A | Interest | J | T | | | | | |
| 26. T Rowe Price Balanced Portfolio #1 | A | Dividend | J | T | | | | | |
| 27. T Rowe Price Balanced Portfolio #2 | A | Dividend | J | T | | | | | |
| 28. T Rowe Price Balanced Portfolio #3 | A | Dividend | J | T | | | | | |
| 29. T Rowe Price Balanced Portfolio #4 | A | Dividend | J | T | | | | | |
| 30. Edward Jones Value Fund | A | Dividend | J | T | | | | | |
| 31. USAA Checking Acct #1 | | None | J | T | | | | | |
| 32. T Rowe Price - Prime Reserve (Rollover IRA) | A | Dividend | | | Sold | 04/23/13 | L | A | See Note 8 in Part VIII |
| 33. T Rowe Price - Short Term Bond (Rollover IRA) | A | Dividend | K | T | | | | | |
| 34. USAA - Emerging Market (SEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA - Growth (SEP) | A | Dividend | K | T | | | | | |
| 36. USAA - High Income (SEP) | A | Dividend | J | T | | | | | |
| 37. USAA - Intermediate Bond (SEP) | B | Dividend | K | T | | | | | |
| 38. USAA - Short Term Bond (SEP) | A | Dividend | J | T | | | | | |
| 39. USAA - Small Cap Stock (SEP) | A | Dividend | J | T | | | | | |
| 40. USAA - Value Fund (SEP) | A | Dividend | K | T | | | | | |
| 41. USAA - Emerging Market (Rollover) | A | Dividend | J | T | | | | | |
| 42. USAA - Growth (Rollover) | A | Dividend | J | T | | | | | |
| 43. USAA - High Income (Rollover) | A | Dividend | J | T | | | | | |
| 44. USAA - Income (Rollover) | A | Dividend | J | T | | | | | |
| 45. USAA - Intermediate Term Bond (Rollover) | A | Dividend | J | T | | | | | |
| 46. USAA - International (Rollover) | A | Dividend | K | T | | | | | |
| 47. USAA - Short Term Bond (Rollover) | A | Dividend | J | T | | | | | |
| 48. USAA - Small Cap Stock (Rollover) | A | Dividend | J | T | | | | | |
| 49. USAA - Value Fund (Rollover) | A | Dividend | J | T | | | | | |
| 50. Columbia Global Energy Fund (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hollowell, Eileen W.** | 04/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 5, line 1 - Last year this fund was erroneously reported as partially sold/exchanged when all the funds were exchanged to T Rowe Price Prime Reserve Mutual Fund, line 6 on Part VII. Date of exchange was 12/05/12 Value Code K, Gain Code A

2. Part VII, page 5, line 7 - Exchange from T Rowe Price Prime Reserve #29

3. Part VII, page 5, line 9 - Exchange from T Rowe Price Prime Reserve #29

4. Part VII, page 5, line 10 - Exchange from T Rowe Price Prime Reserve #29

5. Part VII, page 5, line 11 - Exchange from T Rowe Price Prime Reserve #29

6. Part VII, page 5, line 16 - Exchange to T Rowe Price Blue Chip Growth (#7); Midcap Value (#9); New Horizons (#10) and Spectrum Income (#11)

7. Part VII, page 6, lines 19 and 20 -- In July 2011, and not reported in last year's report (2012), this fund was sold/exchanged for $6000 interest in Columbia Global Energy Fund. See #50

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 04/11/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eileen W. Hollowell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544